UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER      21MC103(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

ADAN GONZALEZ,     08CV2323(AKH)

            Plaintiff(s),     **NOTICE OF APPEARANCE**

-against-

80 LAFAYETTE ASSOCIATES LLC, et al.,

            Defendants.

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **CENTURY 21, INC** and **BLUE MILLENNIUM REALTY LLC** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:    New York, New York
           April 24, 2008

           Yours etc.,

           HARRIS BEACH PLLC
           *Attorneys for Defendant*
           **CENTURY 21, INC., BLUE**
           **MILLENNIUM REALTY LLC**

           _____/s/_____
           Stanley Goos, Esq. (SG-7062)
           100 Wall Street
           New York, NY  10005
           212 687-0100
           212 687-0659 (Fax)

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on April 24, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1.   Century 21, Inc. and Blue Millennium's Notice of Appearance

Dated: April 24, 2008

/s/
Stanley Goos, Esq. (SG 7062)